AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

ESTHER LESSLEY,

      Plaintiff,

V.

CAROLYN W. COLVIN, et al.,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:15-cv-00096-HDM-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's motion for remand or reversal (#9) is denied and defendant's cross-motion to affirm (#10) is granted.

    April 18, 2016                            **LANCE S. WILSON**
                                                           Clerk

                                                           /s/ K. Rusin
                                                           Deputy Clerk